IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01687-PAB

MANJINDER SINGH NAGPAL,

      Petitioner,

v.

TODD BLANCHE, in his official capacity as Acting Attorney General,
MARKWAYNE MULLIN, in his official capacity as Secretary of the
Department of Homeland Security,
U.S. DEPARTMENT OF HOMELAND SECURITY,
WARDEN OF DENVER CONTRACT DETENTION FACILITY, and
TODD M. LYONS, in his official capacity as acting director of US
Immigration and Customs Enforcement,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and
pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 9] of Judge Philip A. Brimmer entered on May
13, 2026, it is

**ORDERED** that Manjinder Singh Nagpal's Petition for Habeas Corpus and
Complaint for Injunctive and Declaratory Relief [Docket No. 1] is GRANTED.  It is further

**ORDERED** that the case is closed.

Dated at Denver, Colorado this 2nd day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ S. Grimm
      Deputy Clerk